Exhibit A to the Complaint

**Location:** Abington, MA  
**Total Works Infringed:** 114

**IP Address:** 73.186.200.83  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5A4E073E87F38F2C0D42AA26B1476210E4539CCB<br>File Hash:<br>055B299D8922314759E8F8344246885D13F17AF5BE062CB7661B6CAC3D6C349E | 03/27/2024 02:36:15 | Blacked | 07/30/2023 | 08/17/2023 | PA0002425764 |
| 2 | Info Hash: A0ED5364592A92C8C9F1D95159AEE9EB2C24F4D9<br>File Hash:<br>EE26753F42B174D6B938813C27CE04B2CB5B02906D628F96EF61A67513924990 | 03/27/2024 02:35:42 | Tushy | 08/06/2023 | 08/17/2023 | PA0002425539 |
| 3 | Info Hash: 742F07FC7A6172E836364513F475E6E00197B653<br>File Hash:<br>F7D71789DE0506F46F23C9694B2DDEB735D0C0C34F5A7C237D000C2AC400F5A9 | 03/27/2024 02:33:06 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 4 | Info Hash: B79D5F451022B1A8FDF8B97F75DE2F72E304C719<br>File Hash:<br>B591559FBA69A3CEF60C7EE5A7DE269DE594B2E0A1BDFDF716BFEC1B7EE0B662 | 03/27/2024 02:31:42 | Vixen | 07/28/2023 | 08/17/2023 | PA0002425768 |
| 5 | Info Hash: 4C3A7C56ED25D218CBEB5D084BB7900C76335DCB<br>File Hash:<br>413CF6A301378FD67B5CD53F95FD33814884E0722335630691EF13F9C4C99868 | 03/27/2024 02:30:25 | Tushy | 07/30/2023 | 08/17/2023 | PA0002425542 |
| 6 | Info Hash: 6C446C346678513AA2E73F07FB90B7112EBE707F<br>File Hash:<br>249303FB0D18D0DC7C7EC04ADB7B8922578C4F9AF6A8CF6EE5DAE94EA3BFAD93 | 07/15/2023 18:22:57 | Blacked Raw | 08/15/2019 | 09/17/2019 | PA0002216211 |
| 7 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash:<br>D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 07/15/2023 18:22:44 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 8 | Info Hash: 91A4EFE2C634E466B827833D0124F82C6DA6D732<br>File Hash:<br>52D5F331A869CBAC67910086299E363F7EDBABA2D8D8AD0B2347769867A54201 | 07/15/2023 18:22:43 | Blacked | 06/17/2023 | 07/13/2023 | PA0002420351 |
| 9 | Info Hash: EB3AFA7446AD5C76F0AF4DF2E90D6995B8F61225<br>File Hash:<br>3C17AF5A700F5A8026B68927F3CB12BDB395B560FA4FDE2BFB88A8567E9F73D0 | 07/15/2023 18:22:28 | Blacked | 07/08/2023 | 07/13/2023 | PA0002420354 |
| 10 | Info Hash: CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A<br>File Hash:<br>C9D25135B90E91BB6451557A25CFF18DF7E804114218FB4E7CB112E333D037EA | 07/15/2023 18:22:15 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 11 | Info Hash: ACC005CC5540B73FD43F4D15ABAF01B7245E583F<br>File Hash:<br>38EA3BEBD5531AA9C70A2F4275A0A9F108E1F1BDA2C9CBB7B347BFEBBC5A2B84 | 07/15/2023 18:22:04 | Blacked | 06/10/2023 | 07/13/2023 | PA0002420362 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 3E1472CE4927D29E0B4F0CA77411FD41701023D9<br>File Hash: 4799D5AA929AC6D1B9DF8657611CB181BB0A5B1528288FAC788F536C310761DD | 07/15/2023 18:22:02 | Blacked | 06/03/2023 | 06/09/2023 | PA0002415360 |
| 13 | Info Hash: 5C881317A64059A9E93015BC70F3A69F11F22BA8<br>File Hash: 4E90805D744633B302315BBD5BB18E1C8595CA73A73EA26B963AD93304881000 | 07/15/2023 18:22:01 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 14 | Info Hash: 788197C64647DCC582F5CA1970A1204C18CDDA8C<br>File Hash: 1730527DEA8B82C2770E6D183CE131EF4009F3333B74214FA131679F2AACEF27 | 07/15/2023 17:18:04 | Vixen | 06/23/2023 | 08/22/2023 | PA0002431034 |
| 15 | Info Hash: 03084844DBF24E1040F9E2A666DC6E2A8031E58F<br>File Hash: 654D056CED9C3F041D848BFF36FF7EE17E2BF4D6232F9DE941C9D057E36FE022 | 05/29/2023 17:25:18 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 16 | Info Hash: 045AEEFE018AE2815CF6B4FA7138A3DF0760ECA7<br>File Hash: DE364D4FCA126DC64C9DDE43A743A3DD850F9C66CA71C37CFEE52C9182C08CC7 | 05/29/2023 17:18:58 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 17 | Info Hash: AB25EF96E6F72F546331A1CFFEF786A6CA92F532<br>File Hash: C1E47ADF8151CEB6F3EF0F0B531E91BED84A543E47B70C3565D26D2781376C75 | 05/25/2023 22:50:33 | Blacked Raw | 05/19/2023 | 06/09/2023 | PA0002415367 |
| 18 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 05/25/2023 22:44:42 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 19 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash: 15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04/17/2023 17:38:48 | Blacked Raw | 04/14/2023 | 05/14/2023 | PA0002411257 |
| 20 | Info Hash: 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16<br>File Hash: 345121A9C591335279FF008033711FDFF7C4866946F7AD249AF1061E591BE2E7 | 04/02/2023 17:57:21 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 21 | Info Hash: AD35028FBA3E58D262D727CE869E6D4757C8DF91<br>File Hash: 0D5C4E7A38DFCBCDB5DBF984E8A5D82A8CB9E6F278043C661BDCAFDE1D4D93C1 | 03/23/2023 12:38:33 | Blacked | 03/18/2023 | 04/07/2023 | PA0002405751 |
| 22 | Info Hash: 21A2845346091F5C6640233B97139C5098FFE408<br>File Hash: C04D526F2D183862334513293B8A22620011286784F1702EE7A53B03A5570927 | 03/23/2023 12:38:19 | Vixen | 03/17/2023 | 04/10/2023 | PA0002405944 |
| 23 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash: 16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 03/18/2023 18:48:57 | Blacked Raw | 12/07/2020 | 12/28/2020 | PA0002269082 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3537B4247DB06A8D91ADC0AEFB596DC5D59B4BBC<br>File Hash: 83C008AF4813D9AF8399FE11592B7FB9F28D177EEB52EFBD6B70CAF316A9E201 | 03/11/2023 17:01:39 | Blacked Raw | 12/25/2022 | 01/09/2023 | PA0002389598 |
| 25 | Info Hash: 74E11E3524B76B6E37D22F1200AFE49C2CB3CDFE<br>File Hash: 7585140E235E96F4BD705D67A00B86454206B422718DDDB2D673F9CEC873639B | 03/11/2023 16:59:39 | Blacked | 03/04/2023 | 04/07/2023 | PA0002405754 |
| 26 | Info Hash: 9A6B1AB94635E9B086A0566029A5ACA2871FA5D4<br>File Hash: A04FF98DC25B01B376CE9EEF7DBEA6A59687F24E6B99C4B6984BCEFE41ED5105 | 03/11/2023 16:58:46 | Tushy | 03/05/2023 | 04/07/2023 | PA0002405753 |
| 27 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash: 373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 02/07/2023 14:34:39 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |
| 28 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash: 7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 01/19/2023 22:56:18 | Blacked Raw | 01/09/2023 | 01/27/2023 | PA0002393075 |
| 29 | Info Hash: 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B<br>File Hash: BC9AB74CD3A013607619CAA80E09F47939A9064E7343B80E6B32CCE0D9D3B328 | 01/19/2023 22:52:36 | Blacked Raw | 01/14/2023 | 01/27/2023 | PA0002393084 |
| 30 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash: 478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 01/19/2023 00:30:39 | Vixen | 02/04/2022 | 02/14/2022 | PA0002335462 |
| 31 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash: 5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 10/07/2022 02:57:11 | Blacked | 10/01/2022 | 10/31/2022 | PA0002377817 |
| 32 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash: 3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 10/07/2022 02:45:25 | Blacked Raw | 10/01/2022 | 10/31/2022 | PA0002377811 |
| 33 | Info Hash: 34F0DA2F0CCF929271FCC00697F4B9070B8C4254<br>File Hash: 14077D361F4604AA9DBBE92C06966CEF5BB7DC4073ECF07D76458645073A9F67 | 08/30/2022 00:44:24 | Vixen | 08/26/2022 | 10/05/2022 | PA0002373767 |
| 34 | Info Hash: BB349C1293CF3112B08434A0CD6DB65533E540AE<br>File Hash: A0B82E6D979B02C53F6EF85500D6622928A69DB240883DC1978E9B1601CF5FAB | 08/05/2022 07:53:17 | Vixen | 07/15/2022 | 07/22/2022 | PA0002359477 |
| 35 | Info Hash: 1798C2741436D0EF0A3A44D75E816B3FDC2FC368<br>File Hash: F5CD6B191A1A2DA17E59180FE67B57A65D987F2E8D46ABD9A7CBD0970C2688CF | 08/04/2022 22:32:13 | Tushy | 12/26/2021 | 02/03/2022 | PA0002341847 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 1D44B95259442C3A9B0B9455C8C28A89AD369DE7<br>File Hash: DF7B69C7949959ED563F5993AE5D903F8E7A90693CFE734430395BEB848221E5 | 08/04/2022 19:53:37 | Blacked Raw | 07/25/2022 | 08/29/2022 | PA0002367727 |
| 37 | Info Hash: D953E392C297913CDBDFCE65BCF4DF39F6D492E1<br>File Hash: 0ED72D2222E7721033B25678879CBA2CBB194E14288295CB78F4A1D3B97268A3 | 07/17/2022 16:20:36 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 38 | Info Hash: 7F46C7C6F93FA2CED81750D01A6A4484E5394598<br>File Hash: 1FF5F149747DCE4001F4C54DC671963EC6B743984EBE973D54AD2BCB7ADF2517 | 07/17/2022 13:34:50 | Vixen | 03/14/2020 | 04/17/2020 | PA0002246114 |
| 39 | Info Hash: 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash: 55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 07/17/2022 08:34:44 | Vixen | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 40 | Info Hash: 0279F8114C90ECBC2C775793D7CD9105ED963856<br>File Hash: 3DC45DDEEAF39622E73B28F7587BD6A4688887D83FC0D647EE20E12252B634AB | 07/17/2022 08:27:39 | Blacked | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 41 | Info Hash: 117CA95ECA49CAFAEFB42B0B343C6631B6B37BBD<br>File Hash: 9746EDC3063F53EBE110CFCB65D94D0E48DE56AC10EDD87A90C772E2648142ED | 07/15/2022 19:21:02 | Vixen | 03/04/2022 | 03/29/2022 | PA0002342709 |
| 42 | Info Hash: B05F50B1F184BDDA538D13BBBE60872463A78232<br>File Hash: E10E5438FD6B923502AEF9C76918A727D94E45C5EA44186E27745DAC636797D2 | 07/12/2022 02:25:51 | Tushy | 05/22/2022 | 06/27/2022 | PA0002355029 |
| 43 | Info Hash: 9C9868F9A2BCEE240B9C6D024C49B6394F903E00<br>File Hash: D67B2145BAA691C91BC741B6AA31CB596055AAADB999861C24F4F06F24027452 | 07/12/2022 02:24:57 | Tushy | 07/03/2022 | 07/22/2022 | PA0002359464 |
| 44 | Info Hash: 826FF70F30BAA33F6DAFD6FD00F4F21E1BF4E461<br>File Hash: F67C86E8B0CF916B1C1E1B0FE007B9A391F11550B4B699279009F348B7555E2A | 07/12/2022 02:19:14 | Blacked | 05/07/2022 | 05/20/2022 | PA0002350371 |
| 45 | Info Hash: 309024C828DF3FB77335331A1416A2078E5B2F04<br>File Hash: 44E24DDEA8CC646565E0756D7206106F1F0E93A93F82C324C3A6F4BE33A1494A | 07/12/2022 02:18:37 | Blacked Raw | 05/30/2022 | 07/21/2022 | PA0002367910 |
| 46 | Info Hash: 14460C9C14FBE2AF72199CDE5A44701F0B6EB02B<br>File Hash: 9779F131A783314DD287D6DA26F1C5BFA145EBB837E040E4AB3D404A2925AA0F | 07/12/2022 02:17:29 | Blacked | 06/11/2022 | 06/27/2022 | PA0002355039 |
| 47 | Info Hash: DFC8BD304F9C774902F9E41F470D5FEFDA243931<br>File Hash: E7579D0E2BB006B32A54844FAE6165D050C6629193092DEA4E0BBBDE05B6A9DE | 07/12/2022 02:14:54 | Blacked Raw | 06/13/2022 | 06/27/2022 | PA0002354983 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: E96D13E31AC3B7D665F1DF9F79FD1AD873F551C6<br>File Hash:<br>5320B61FFB147AC701E6771C9C61262B00D6B49769877513C53F9F56AB62C928 | 07/12/2022<br>02:12:39 | Tushy | 04/25/2021 | 06/09/2021 | PA0002295582 |
| 49 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash:<br>84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 07/12/2022<br>02:10:15 | Blacked | 09/25/2021 | 10/05/2021 | PA0002315288 |
| 50 | Info Hash: 41B9096615FF294EFEDFF42BCC3ECCDAA0995D65<br>File Hash:<br>2EE66FF9981F894019BCF2A2479BEE32ABA6C2E16B91BB51B415750A635A5F42 | 07/12/2022<br>02:09:34 | Blacked Raw | 04/04/2022 | 04/23/2022 | PA0002346436 |
| 51 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash:<br>A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 07/12/2022<br>02:05:43 | Blacked | 07/09/2022 | 07/22/2022 | PA0002359462 |
| 52 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash:<br>EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 07/09/2022<br>16:03:37 | Blacked | 10/31/2020 | 11/24/2020 | PA0002265967 |
| 53 | Info Hash: BFA30A14B5ACDD49ED2E66FDF882640473CA4472<br>File Hash:<br>1B5D4C656444C4321E6BAE842F0C5DE536A344CFCDC7852CD3130CEFB4AC3682 | 06/28/2022<br>20:22:46 | Vixen | 06/24/2022 | 07/22/2022 | PA0002359475 |
| 54 | Info Hash: 280E88FC7CEB3E5E96E3E41175EAE19DBA741A70<br>File Hash:<br>9BCE1453FDBB1652779D3192C951886B4012BF5A70DD665E0BD60995EA48ADA7 | 06/28/2022<br>20:18:11 | Tushy | 06/12/2022 | 06/27/2022 | PA0002354982 |
| 55 | Info Hash: 7904A141CEE0C0AF1E207F32CD1F7997F26B469E<br>File Hash:<br>26942FF6602A2AD102834A5F74E45EEAD6B7FC7890ECD0A25B20E6E7417FDEEF | 06/28/2022<br>20:17:48 | Tushy | 06/26/2022 | 07/22/2022 | PA0002359467 |
| 56 | Info Hash: 92D5BC7B567BCE82314A5D480DC48BD3645F29D9<br>File Hash:<br>57A71876B9677D9A3FFEF1396D8C4B9093C9AAB5CFAD32EB8F93E4BB471C85F2 | 06/24/2022<br>11:46:54 | Blacked Raw | 02/28/2022 | 03/29/2022 | PA0002342857 |
| 57 | Info Hash: B30A24C236439A9B2C65C9234830190BD3026085<br>File Hash:<br>E190CFF045FD226A2DC42A0014C64775CD37FE54BE08F0806F0D3BDE27234259 | 06/24/2022<br>06:24:45 | Tushy | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 58 | Info Hash: DEE51D0DCBE476C087C2FBFC6FD3265A0630E4A8<br>File Hash:<br>47335489F0CF63B02ADB32671381D366A9A5EA8A8FBC105A05423CC419DCEFF6 | 06/22/2022<br>22:52:54 | Blacked | 04/30/2022 | 05/20/2022 | PA0002350385 |
| 59 | Info Hash: 122DD1176E7094026020329C655E12AE208C3F47<br>File Hash:<br>312A04E5965969DB34448619957556C3CAA7641F51AC5CAEDBBAB0ADE50E0980 | 06/22/2022<br>22:23:08 | Tushy | 06/19/2022 | 08/10/2022 | PA0002370907 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: BCAE36BD550D0F4C0965271CBB33EF2964210809<br>File Hash: 49F206B69AA90593C21921BD9C6AD8F86438E594625E8E42CEEB356076985373 | 06/21/2022 05:34:14 | Vixen | 06/17/2022 | 06/27/2022 | PA0002355040 |
| 61 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash: E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 05/28/2022 17:06:24 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 62 | Info Hash: 99781D1FFCBEDAFE057B94294F3901C4D43B1180<br>File Hash: 0D8379A1577DB14B3D45A8422754230098812E9FD70F71244EB1271B16F7CBB5 | 05/17/2022 22:30:31 | Tushy | 04/04/2021 | 04/14/2021 | PA0002286714 |
| 63 | Info Hash: D4F4CB87CF6C9F5B302AEB41BD1901396245154E<br>File Hash: CB502BFCF04BDAE0BB88F6699859AFE62825B44BC764C9A7EEDE96882721EFA5 | 05/15/2022 12:20:12 | Tushy | 01/23/2022 | 02/14/2022 | PA0002335464 |
| 64 | Info Hash: 8323619ED0630D1A8DFDC2C02EEFA69D761A3222<br>File Hash: 47A5D7F972D7BB1DC599804523CA3E710E38C0E77E62FEECA8A23D491914866A | 05/15/2022 12:00:39 | Vixen | 05/13/2022 | 05/20/2022 | PA0002350373 |
| 65 | Info Hash: 8338EEE7422DE5D14A74AB545A3CBF4757117CD7<br>File Hash: E737AA61BA0EF6FF81A090E7305FB22391FA070E202D2B1D9D388715E79F5304 | 05/12/2022 23:35:12 | Blacked Raw | 05/09/2022 | 05/20/2022 | PA0002350381 |
| 66 | Info Hash: 0831C39B96141D03108035C68634D07B7FEC17E3<br>File Hash: B6D592F0421214748037AF3DCFA10DBED97C2FE123404C518753AD67B5914948 | 05/05/2022 22:43:41 | Blacked Raw | 02/22/2021 | 03/08/2021 | PA0002280371 |
| 67 | Info Hash: 98D9632CEE8326D9BA4EC22F783C5DB694A8DB20<br>File Hash: D58D4A2E9DC7B4D3ABC9D54406493C8F733CDD2BDF1B4101189250EEE6D73CA3 | 05/05/2022 21:29:37 | Tushy | 05/01/2022 | 05/20/2022 | PA0002350375 |
| 68 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 04/26/2022 15:15:30 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 69 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 04/26/2022 15:14:56 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 70 | Info Hash: 8031B4A7A5CFCECBC796D4772440BFC5016C11AA<br>File Hash: 6BC6E1D6C35FB48E06C6A8D7BBF0DF2769A8B15B04C14B904550055F04219187 | 04/26/2022 15:11:25 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 71 | Info Hash: 0F2348656BCA95DEFEDB64CE2ABC032472709F54<br>File Hash: 9DDAC032E4C0EAEF286FB2E54C4FE15F44C361508B56DFDDEE903CA16E742956 | 04/26/2022 15:08:49 | Blacked | 05/15/2021 | 06/09/2021 | PA0002295594 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 639F7366853B85815E75CEBDB046E48402E59ACD<br>File Hash:<br>837885507F3F58246EDBA7D8357B446F958E62FBDB06477F17E6ADD87F91C2D3 | 04/26/2022<br>15:05:55 | Blacked | 01/08/2022 | 01/17/2022 | PA0002330123 |
| 73 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash:<br>EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 04/26/2022<br>15:04:49 | Blacked | 05/01/2021 | 06/09/2021 | PA0002295604 |
| 74 | Info Hash: A544EF3219BB3FF1256A3BC763D2A34B262DA55F<br>File Hash:<br>0DBC620767B057BEDE05CC32A43B51568431E746A366A118D81F5DEE2E4CB35B | 04/26/2022<br>15:02:43 | Blacked | 04/02/2022 | 04/23/2022 | PA0002346422 |
| 75 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash:<br>D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 04/26/2022<br>15:02:16 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 76 | Info Hash: 41A572496B878FFAE77C7A757CBAE1ED0EB9D57E<br>File Hash:<br>FF125D9A09EA9469F302C188E821F889073D4286F770D8D1FA88C6E3E13AC817 | 04/26/2022<br>15:00:30 | Blacked Raw | 08/30/2021 | 09/30/2021 | PA0002319882 |
| 77 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash:<br>DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 04/26/2022<br>14:58:23 | Blacked | 12/04/2021 | 12/09/2021 | PA0002325833 |
| 78 | Info Hash: CD0A15EE3729AC75B93E7D7101EA9E80266492FB<br>File Hash:<br>026F54F53E0E8FB3B27DCFEDAF9BF74136972B838CB5474AB7BDCBC98C321FD5 | 04/26/2022<br>14:57:46 | Blacked | 11/27/2021 | 02/03/2022 | PA0002341770 |
| 79 | Info Hash: CBCD2792157D511F104632A294C1F384488E7898<br>File Hash:<br>099497CD425F9C511FF9463C074FD98858992B7D69E2D6A6589E3771E6081A4E | 04/26/2022<br>14:53:44 | Blacked | 03/12/2022 | 03/29/2022 | PA0002342846 |
| 80 | Info Hash: F70A608080EE69C5B9D8441C04342D089F1A8C1E<br>File Hash:<br>B63EE77DA3835713F6183CA52EB03E35D955AFD6C771DD869F3A6921953BB5AC | 04/26/2022<br>14:53:39 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |
| 81 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash:<br>7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 04/26/2022<br>14:50:13 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 82 | Info Hash: 08E4516F2B10B7116E9DFDC23BAD089C16D51A99<br>File Hash:<br>59CC496DF2C8E95867635AE3E980F1431D87E8711786E031BF179B341324DF38 | 04/26/2022<br>14:49:41 | Blacked Raw | 12/21/2020 | 01/05/2021 | PA0002269958 |
| 83 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash:<br>C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 04/26/2022<br>14:46:35 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 100B6F9C5A2944DB7DF3364E036D66FFC17BE1A1<br>File Hash: FF6772AB803402F0031BC3D14912E9E4806C794228358FCF16C55D52261F36FF | 04/26/2022 14:45:58 | Blacked Raw | 10/04/2021 | 10/19/2021 | PA0002317056 |
| 85 | Info Hash: 0B20D0F044F9E1FEDFD0715E8A9208D30590133E<br>File Hash: E57854D7F55E65BC990A4574B4F10BA1C21C57C434E79D9162DFA99C412CDC34 | 04/26/2022 14:44:40 | Blacked Raw | 11/01/2021 | 11/11/2021 | PA0002321320 |
| 86 | Info Hash: 7A65B2C57EF88AE976AD94C7AAB3416BD5DEA644<br>File Hash: 9A7E2A81CCD393B971588C52B96044830AC088C83B01F474ED17B21471D05A42 | 04/26/2022 14:40:58 | Blacked Raw | 02/07/2022 | 02/14/2022 | PA0002335458 |
| 87 | Info Hash: 80481B00B55C0E63D095FE9CD9E293C57C1DF0D4<br>File Hash: C9720FFE193364AB206BED3C5D77239FCDBDE8F6632447685B1C4C6C587FF2D0 | 04/26/2022 03:20:54 | Tushy | 04/17/2022 | 04/23/2022 | PA0002346417 |
| 88 | Info Hash: 07E67BE388D71A80E890C9AED73D6B93FBB7EC82<br>File Hash: 3CC6461BB4E2CED5A2BAF587DE350F4FFD65C241D6797C506E7A673D2A35069D | 04/26/2022 03:18:55 | Blacked Raw | 04/18/2022 | 04/23/2022 | PA0002346421 |
| 89 | Info Hash: 501BDA717A96D91FF3A8AE965AD6F2F6F4637FCA<br>File Hash: A00E8C27041DC90849C197EF8F4DCE5B99EAA5EE0DAC3DA3546455B6F4B04F9A | 04/26/2022 03:15:03 | Blacked | 04/23/2022 | 05/20/2022 | PA0002350376 |
| 90 | Info Hash: FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash: 48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 04/14/2022 20:58:53 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 91 | Info Hash: 4FFEF2F34E795900B524ADB3A5D89A4870CCAE8C<br>File Hash: 1254A343029B99DBBD44743FFDE118A8C3B0EEA55980D1E9B75886A0AC5B2653 | 04/14/2022 20:07:48 | Blacked Raw | 04/11/2022 | 04/23/2022 | PA0002346408 |
| 92 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 03/28/2022 17:32:37 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 93 | Info Hash: 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44<br>File Hash: A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 03/22/2022 21:42:57 | Tushy | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 94 | Info Hash: BCC1118765B5015E66375078B1FFC0CCC93767A9<br>File Hash: 278388144EF640ABDC6A2C211FBDC9212270D2E438AC4AB8B7963F0662EA4AFB | 03/22/2022 21:19:12 | Tushy | 03/20/2022 | 03/29/2022 | PA0002342842 |
| 95 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 03/17/2022 20:14:41 | Blacked | 09/05/2020 | 09/29/2020 | PA0002258686 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 02313BB63706562C40AAF408F9862AC7619CDCE4<br>File Hash: 3E4ADDF5C66B609889F6992061B8B215A588FFC675C210D003D961B7CF317278 | 03/17/2022 20:11:27 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 97 | Info Hash: 2660D97EEDD9B4BFD6281A8343C63CA1EB41A45A<br>File Hash: 1E485D92370F0A47A260B4411DF0A610D35D414CC2C33B46D1DC8C4046FEC5EB | 03/17/2022 20:09:02 | Tushy | 01/21/2020 | 02/20/2020 | PA0002237627 |
| 98 | Info Hash: C40F6A98512F84D9D0C838BF9FC66544941725B4<br>File Hash: 3B4832C1E78ED9ECAD5D29B7648F8A669A3A3C00284699836CE0E676552CD6EF | 03/17/2022 20:04:39 | Tushy | 03/13/2022 | 03/29/2022 | PA0002342866 |
| 99 | Info Hash: B8C4FC4A2D6EC42EECAF7D9FBA8EC87235AD5FF7<br>File Hash: 8626D517C7EBAC64D4B6C4021D08A1598159C087B1F125ADC53707475F9AE99A | 03/01/2022 18:09:50 | Vixen | 09/11/2017 | 09/15/2017 | PA0002052839 |
| 100 | Info Hash: 31148997CD9F0DD687B5322CE359E163DE2BFAA7<br>File Hash: 89E84A2A02D4D4B0C7641125DB9A2D8F3DDDEA629BE3D91B9DE6C7EDD485D9D4 | 03/01/2022 18:03:45 | Blacked | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 101 | Info Hash: B1FB7D3A87893B2B9F4C8C9268FDF85D2E879311<br>File Hash: 36A83946B5DB2941433BAF68CE5DC6CA69189FC7FDB15E0D890B6FEFCF753725 | 03/01/2022 15:20:51 | Blacked | 12/16/2019 | 01/22/2020 | PA0002234860 |
| 102 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 03/01/2022 15:20:26 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 103 | Info Hash: 7F344797FE7DA07DEB82CC2B088D48D1A454B0FC<br>File Hash: C1AEF420CA9A04AF1F4093FD59945CAEC6E878C06D001B1D20BA3BD8D7C92CC9 | 03/01/2022 00:58:25 | Tushy | 12/12/2019 | 01/03/2020 | PA0002219634 |
| 104 | Info Hash: 540D644F7CF4DC47791772863E6BA03A72606F6D<br>File Hash: F978C6F42E86569866612143F5CEA150485BFF0DB9B90999F20D4408700E2B1D | 02/17/2022 17:50:39 | Blacked | 02/12/2022 | 02/14/2022 | PA0002335505 |
| 105 | Info Hash: 3D784503196D4B95F04098E2E56852F4F7D45836<br>File Hash: 0CA6C97E0A5152060A38ADBC585FBB30E4AB94B669792EC2D68772AF1761CF24 | 02/17/2022 17:40:50 | Tushy | 02/13/2022 | 03/29/2022 | PA0002342838 |
| 106 | Info Hash: 9919119C59927A10A6AF324771F2A31A4D1C678D<br>File Hash: 231436B65CEF7F8CD7782C92475CECB41BDB15E136C778F146C899A952ADFC64 | 02/17/2022 17:32:47 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 107 | Info Hash: 340388F38581DF5E919342C8EBB209978EEA9633<br>File Hash: C6EADA660D518FE1F1BE432D3C0ABF2A095E0B0E0CDF5A2D7FE4C87E0A364900 | 02/17/2022 17:30:38 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 062215626C7F3ABD8EAF39A7230075DD43CF13A7<br>File Hash: 7C0286924589063E7ED5B4F32A997B453151535C4F676F0D1E25A63F9E5C14FC | 02/17/2022 17:28:16 | Blacked Raw | 05/11/2020 | 06/08/2020 | PA0002243646 |
| 109 | Info Hash: 0E4CACEDCCDF0CEAF44A2BE0EC857587D35EA57A<br>File Hash: CE825ED8394023946EA5073AD8CD9A7095F4B9B6F597C02D4CB498375948662B | 02/17/2022 17:28:11 | Blacked | 11/20/2021 | 12/09/2021 | PA0002325817 |
| 110 | Info Hash: 7EC7D8A69E959827878CA2B204713488076172D5<br>File Hash: 400EB249A813414B23F052A99CA9A2F20877C3C408B7D9B20A8107A30ABA9BE4 | 02/07/2022 04:17:50 | Blacked Raw | 01/31/2022 | 02/14/2022 | PA0002335501 |
| 111 | Info Hash: 0EEED2F091967A7CF2C4B4EE547E47EA54BA3324<br>File Hash: 8BAAB418BA29FBB190CCA77C6238E795FDFFFB2938BEEFBDF38B07741D64EEAD | 01/22/2022 22:34:06 | Blacked | 01/15/2022 | 02/14/2022 | PA0002335487 |
| 112 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash: CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 01/10/2022 14:56:21 | Blacked Raw | 12/27/2021 | 01/17/2022 | PA0002330095 |
| 113 | Info Hash: 6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash: D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 12/27/2021 16:17:58 | Blacked Raw | 07/06/2020 | 07/20/2020 | PA0002248962 |
| 114 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash: 201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 11/29/2021 18:30:19 | Blacked Raw | 11/22/2021 | 12/09/2021 | PA0002325831 |